UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00477

———

**Kevin James Kohute,**
*Plaintiff,*

v.

**Tyler City Municipal Courts,**
*Defendant.*

———

# ORDER

Plaintiff Kevin James Kohute filed this action seeking compensation for videoing vehicles driving through a stop sign in the Lowe's parking lot. Doc. 1. The court referred the matter to a magistrate judge pursuant to 28 U.S.C. § 636(b). On January 13, 2025, the magistrate judge issued a report and recommendation that the complaint be dismissed without prejudice for failure to prosecute because plaintiff failed to pay the filing fee or move to proceed in forma pauperis, and because plaintiff failed to provide a current address. Doc. 5. The report was mailed to plaintiff at his last known address. He did not file written objections.

When no party objects to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This action is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on July 21, 2025.*

J. CAMPBELL BARKER
United States District Judge